**No. P67/64.**—The Durst Mfg. Co., Inc. v. United States, protests 61/6043, etc. (New York).

**No. P67/65.**—Hancock Gross Mfg. Co. et al. v. United States, protests 61/12151, etc.   (Philadelphia).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass strainers similar in all material respects to those the subject of *Davies Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiffs was sustained.

**No. P67/66.**—Soderhamn Machine Mfg. Co. v. United States, protests 65/8394–17525 and 65/8395–17526 (New Orleans).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Cambio debarkers and parts thereof similar in all material respects to those the subject of *Soderhamn Machine Mfg. Co.* v. *United States* (54 Cust. Ct. 269, Abstract 69205), the claim of the plaintiff was sustained.

Before the Second Division, March 16, 1967

(Note: The following protests were decided by a special second division consisting of Rao, Ford, and Landis, Judges.)

**No. P67/67.**—Seedman International Corp. v. United States, protests 64/10175, etc. (Los Angeles).

Landis, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.